# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2023-0054**
Ezekiel Ellis, Jr. v. State of Alabama (Appeal from Lee Circuit Court: CC-20-819.70, CC-21-121.70, and CC-21-249.70)

## NOTICE

You are hereby notified that on November 17, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk